DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD A. OLIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3393

_____

February 2, 2024

Appeal from the Circuit Court for Pinellas County; Philippe Matthey,
Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin,
Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.